33

AO 455(Rev. 5/85) Waiver of Indictment

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

FILED AUG 12 2008

UNITED STATES OF AMERICA

v.

GUSTAVO MORA-VILLEGAS

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR2670-DMS

I, GUSTAVO MORA-VILLEGAS, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 8/12/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Gustavo Mora

Defendant

[signature]

Counsel for Defendant

Before [signature]

Judicial Officer